

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2014

No. 04-14-00562-CV

Jesus **DE LOS SANTOS**, Jr., Individually and as Representative of the Estate of Jesus Francisco De Los Santos, Deceased, and Juan De Los Santos, Individually,
Appellants

v.

**FORD MOTOR COMPANY** and Marco Anthony Soliz, Jr.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 11-08-50394-CV
Honorable Richard C. Terrell, Judge Presiding

### O R D E R

A copy of Cross-Appellant's notice of appeal was filed in this court on August 12, 2014. At that time, the clerk of this court notified Cross-Appellant that the $175.00 filing fee had not been paid and the docketing statement had not been filed. The notice warned Appellant that his appeal was subject to being dismissed for failure to pay the filing fee. Cross-Appellant appears to be represented by retained counsel, and our records do not establish that Cross-Appellant is excused by statute or rule from paying the filing fee or filing the docketing statement. *See* TEX. R. APP. P. 5, 20.1, 32.1.

We therefore ORDER Cross-Appellant Marco Soliz, Jr. to show cause in writing within ten days of the date of this order that either (1) the filing fee has been paid, or (2) Cross-Appellant is entitled to appeal without paying the filing fee, and to file a docketing statement with this court. If Cross-Appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 5, 42.3(c).

All other appellate deadlines are suspended pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court